IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KHINE NYAN TUN,**<br><br>              Petitioner,<br><br>     v.<br><br>**RAFAEL ZUNIGA,**<br><br>              Respondent. | Case No. 1:14-cv-01810 MJS (HC)<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILING TO COMPLY WITH A COURT ORDER**<br><br>**(Doc. 11)**<br><br>**ORDER DIRECTING CLERK OF COURT TO SERVE ORDER ON UNITED STATES ATTORNEY'S OFFICE** |

  Petitioner is a federal prisoner proceeding *pro se* with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

  On November 21, 2014, an order directing Respondent to file a response to the petition was issued in this case wherein Respondent was directed to file a response to the petition within sixty (60) days. (ECF No. 11.) In addition, Respondent was directed to file a notice of appearance and a consent to Magistrate Judge jurisdiction form with the Court. (ECF Nos.11-12.) On November 24, 2014, Respondent filed a notice of appearance and a Magistrate Judge consent form. (ECF Nos. 14-15.)

  As of this date, over sixty (60) days have passed and the Court has not received a response from Respondent as required by the November 21, 2014 order.

  Local Rule 110 provides: "Failure of counsel or of a party to comply with these

Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Respondent is HEREBY ORDERED to, within fourteen (14) days of service of this order, SHOW CAUSE why appropriate sanctions should not be imposed for failing to comply with a court order.

IT IS SO ORDERED.

Dated:   February 2, 2015                    /s/ *Michael J. Seng*
                                             UNITED STATES MAGISTRATE JUDGE