IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KHINE NYAN TUN,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**RAFAEL ZUNIGA,**<br><br>　　　　　　　　　　Respondent. | Case No. 1:14-cv-01810 MJS (HC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE (Doc. 17)**<br><br>**ORDER GRANTING 30 DAY EXTENSION OF TIME**<br><br>**DEADLINE: March 4, 2015** |

　　　Petitioner is a federal prisoner proceeding *pro se* with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

　　　On February 3, 2015, the Court ordered Respondent to show cause why sanctions should not be imposed for failing to comply with a court order. (ECF No. 17.) Respondent filed a response on February 4, 2015, indicating that through inadvertence, the matter was not properly calendared, and admitted fault in not responding. (ECF No. 18.) For good cause shown, the order to show cause is hereby discharged.

///

///

///

///

Respondent further requests an extension of time to obtain relevant documents from the Bureau of Prisons and to draft the Government's response. The request for extension of time is granted, and Respondent shall file a response to the petition on or before March 4, 2015.

IT IS SO ORDERED.

Dated:   <u>February 6, 2015</u>          <u>/s/ *Michael J. Seng*</u>
                                                                 UNITED STATES MAGISTRATE JUDGE